No. PD-0507&0508-15

WILLIAM JASON PUGH

§ IN THE COURT OF

V

§

THE STATE OF TEXAS

§ CRIMINAL COURT OF CRIMINAL APPEALS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

APPEAL NO'S: 06-14-00066-CR, AND; §
06-14-00067-CR

TRIAL CAUSE NO'S: 22,041-2013 § AUSTIN, TEXAS
22,042-2013

WOOD COUNTY

## FIRST MOTION FOR EXTENSION OF TIME TO FILE AN PETITION FOR DISCRETIONARY REVEIW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, WILLIAM JASON PUGH, "PETITIONER", AND FILES THIS MOTION FOR EXTENSION OF SIXTY (60) DAYS IN WHICH TO FILE A PETITION FOR DICRETIONARY REVEIW

FILED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

I.

THE PETITIONER WAS CONVICTED IN THE 402ND DISTRICT COURT OF WOOD COUNTY TEXAS OF THE OFFENSE OF AGGRAVATED SEXUAL ASSAULT OF A CHILD UNDER 14 IN CAUSE NUMBERS, 22,041-2013, AND 22,042-2013 STYLED THE STATE OF TEXAS V. WILLIAM JASON PUGH. THE PETITIONER APPEALED TO THE COURT OF APPEALS

SIXTH APPELLATE DISTRICT. THE CASE WAS AFFIRMED ON APRIL 15TH, 2015.

## II

THE PRESENT DEADLINE FOR FILING THE PETITION OF DISCRETIONARY REVEIW IS AUGUST 15TH, 2015. PETITIONER HAS NOT REQUESTED ANY EXTENSIONS PRIOR TO THIS REQUEST.

## III

PETITIONERS REQUEST FOR AN EXTENSION IS BASED ON THE FOLLOWING FACTS: PETITIONER WAS NOT INFORMED OF THE DECISION OF THE COURT OF APPEALS IN AFFIRMING HIS CASE UNTIL APRIL 20TH, 2015, SINCE THIS TIME PETITIONER HAS BEEN TRYING TO GAIN LEGAL ASSISTANCE IN THIS MATTER. HIS ATTORNEY ON APPEAL HAS INFORMED PETITIONER THAT HE WILL NOT REPRESENT HIM ON HIS PETITION FOR DISCRETIONARY REVEIW.

WHEREFORE THESE PREMISES CONSIDERED PETITIONER PRAYS THIS COURT GRANT HIS MOTION AND EXTEND THE DEADLINE FOR FILING HIS PETITION FOR DISCRETIONARY REVEIW UNTIL JULY 14TH, 2015.

_____  #1929966
PETITIONER PRO SE, TDCJ-ID
BETO UNIT
TENNESSEE COLONY, TEXAS

PAGE 2 OF 2

## CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING FIRST MOTION FOR AN EXTENSION OF TIME FOR FILING A PETITION FOR DISCRETIONARY REVIEW, HAS BEEN FORWARDED BY U.S. MAIL, POSTAGE PREPAID, TO THE WOOD COUNTY DISTRICT ATTORNEYS OFFICE ON THIS THE ___27___ DAY OF _April_ 2015

_____
PETITIONER PRO SE

## UNSWORN DECLARATION

I, WILLIAM JASON PUGH, TDCJ #1929966, BEING PRESENTLY INCARCERATED IN THE BETO UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE IN ANDERSON COUNTY, TEXAS VERIFY AND DECLARE UNDER PENALTY OF PURJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT. EXECUTED THIS THE ___27___ DAY OF ___April___, 2015

_____
WILLIAM JASON PUGH #1929966
PETITIONER, PRO SE